NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1086, -1107

STANT MANUFACTURING, INC.,

Plaintiff-Appellant,

v.

GERDES GMBH (Kerpen, Germany), GERDES GMBH (Schortens, Germany),
and GERDES BVBA,

Defendants-Cross Appellants.

Lynn C. Tyler, Barnes & Thornburg LLP, of Indianapolis, Indiana, argued for plaintiff-appellant. With him on the brief was Donald E. Knebel. Of counsel was Aaron M. Staser.

Michael S. Elkind, Fulwider Patton LLP, of Los Angeles, California, argued for defendants-cross appellants. With him on the brief were David J. Pitman and Michael J. Moffatt.

Appealed from: United States District Court for the Southern District of Indiana

Judge Richard L. Young

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1086, -1107

STANT MANUFACTURING, INC.,

Plaintiff-Appellant,

v.

GERDES GMBH (Kerpen, Germany), GERDES GMBH (Schortens, Germany), and GERDES BVBA,

Defendants-Cross Appellants.

# Judgment

ON APPEAL from the       United States District Court for the Southern District of Indiana

In CASE NO(S).          1:02-CV-1653

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, SCHALL and MOORE, Circuit Judges).

**AFFIRMED.**  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: November 8, 2007        /s/ Jan Horbaly
                                      Jan Horbaly, Clerk